**Order entered August 15, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00153-CV

## IN RE FIVE STAR GLOBAL, LLC, Relator

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-08643**

### ORDER
Before Justices Molberg, Pedersen III, and Garcia

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus. We **ORDER** the trial judge, the Honorable Martin Hoffman, (1) to vacate his February 18, 2022 order granting real parties' Motion to Strike Jury Demand (the Motion); (2) to deny the Motion; (3) to remove this case from the non-jury docket; and (4) to reset this case for jury trial.

We further **ORDER** the trial judge to file with this Court **within fifteen (15) days of the date of this order**, a certified copy of his order issued in compliance

with this order. Should the trial judge fail to comply with this order, the writ will issue.

/s/  BILL PEDERSEN
JUSTICE